IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FUNIMATION ENTERTAINMENT <br> A Texas Limited Liability Partnership, <br><br> PLAINTIFF, <br><br> VS. <br><br> BRIAN E HILGEFORD, <br> ANIME HAUS AND <br> DOES 1 - 3 <br><br> DEFENDANTS. | § § § § § § § § § § § § § | <br><br><br><br><br><br><br><br> C.A. NO.: 4:14-cv-00625 <br> JURY |

## PLAINTIFF'S REQUEST FOR ISSUANCE OF SUMMONS

Plaintiff, FUNimation Entertainment, hereby requests the Clerk of the Court to issue summons for defendants Brian Hilgeford and Anime Haus. Completed summons forms are attached and are being electronically filed along with this request. Plaintiff shall have issued summons picked up in person immediately.

Respectfully Submitted,

s/ *E. F. Stone*

Evan Stone
Stone & Vaughan, PLLC
State Bar No. 24072371
624 W. University Dr., #386
Denton, Texas  76201
Phone: 469-248-5238
E-mail: evan@stonevaughanlaw.com